The Commonwealth of Massachusetts
Commission Against Discrimination
436 Dwight Street, Rm. 220 , Springfield, MA 01103
Phone:  (413) 739-2145 Fax:  (413) 784-1056

- DISMISSAL and NOTIFICATION of RIGHTS -

| To: | Shehzad Rajwani, Esqurie<br>Harbor Law Group<br>300 West Main St.<br>Building A, Unit 1<br>Northborough, MA 01532 | Case: Diane P. Krawczynski v. Springfield Public Schools, City of Springfield, Sheila Hoffman<br>MCAD Docket Number: 16SEM01303<br>EEOC Number: 16C-2016-01543<br>Investigator: Melvin Arocho |
|---|---|---|

Your complaint has been dismissed for the following reasons:

[ ]   The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]   Respondent employs less than the required number of employees.

[ ]   Your complaint was not timely filed with the Commission, i.e. you waited too long after the date(s) of the alleged discrimination to file.  Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[ ]   You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your complaint.  You have had more than 30 days in which to respond to our written request.

[ ]   The Commission's efforts to locate you have been unsuccessful.  You have had at least 30 days in which to respond to a notice sent to your last known address.

[ ]   The Respondent has made a reasonable settlement, offering full relief for the harm you alleged.  30 days have expired since you received actual notice of this settlement offer.

[ ]   The Commission issues the following determination.  Based upon the Commission's investigation, the Commission is unable to conclude that the information obtained establishes a violation of the statutes.  This does not certify that the Respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this complaint.

[X]   Other (briefly state) While the investigation was pending, Complainant's attorney requested permission to remove the above-referenced complaint for the purpose of filing an action on the same matter in Court.  Therefore, the case will be withdrawn pursuant to section 9 Chapter 478.

_____          10-19-17
Sunila Thomas-George                      Date
Investigating Commissioner

Cc:

Maurice M Cahillane, Esq.
City of Springfield Labor Relations Department
36 Court Street, Room 005
Springfield, MA 01103

MCAD Docket Number 16SEM01303, Dismissal and Notification of Rights without Appeal Rights     Page   1

## COMMONWEALTH OF MASSACHUSETTS
## COMMISSION AGAINST DISCRIMINATION

From: Shehzad Rajwani, Esq
The Harbor Law Group
300 West Main St; Building 1 Unit 1
Northborough, MA 01532

To: Melvin Arocho, Compliance Officer II
436 Dwight St. Room 220
Springfield, MA 01103
Massachusetts Commission Against Discrimination

Re: Diane Krawczynski vs. Springfield Public Schools, City of Springfield, Shiela Hoffman

MCAD Docket Number ____16SEM01303____; EEOC No: ____16C-2016-01543____

Dear Commissioner:

I hereby request permission to withdraw my complaint filed with this Commission and if applicable, from the Equal Employment Opportunity Commission, for the following reason:

(X) I wish to file a private right of action in civil court.
( ) I have reached a satisfactory settlement with the Respondent.
( ) I no longer intend to pursue this matter at the Commission.

Authorization for this request is indicated by the following Certification of Withdrawal by Complainant, OR Certification of Authorization to Withdraw by Counsel.

---

**Certification of Withdrawal by Complainant**

I have been advised that it is unlawful for any person or persons to threaten, intimidate, or harass me because I filed a complaint. I have not been coerced into requesting this withdrawal.

_____          _____
Date                                Complainant's signature

                                    _____
                                    Print Name

---

**Certification of Authorization to Withdraw by Counsel**

I have been authorized as Counsel of Record for the Complainant and have the authority and permission to sign for the Complainant in this matter. I have advised the Complainant that it is unlawful for any person or persons to threaten, intimidate, or harass him/her because s/he filed a complaint. Complainant has represented that s/he has not been coerced into requesting this withdrawal.

10-18-17                            [signature]
Date                                Attorney signature

                                    SHEHZAD RAJWANI
                                    Print Name

MCAD Withdrawal Form May 2010